B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Shop Smart Escondido, Inc. a California Corporation | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years**<br>(include married, maiden, and trade names):<br>DBA Escondido Swap Meet | **All Other Names used by the Joint Debtor in the last 8 years**<br>(include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**<br>(if more than one, state all)<br>33-0870308 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**<br>(if more than one, state all) |
| **Street Address of Debtor (No. and Street, City, and State):**<br>635 West Mission Avenue<br>Escondido, CA<br>ZIP Code **92025** | **Street Address of Joint Debtor (No. and Street, City, and State):**<br>ZIP Code |
| **County of Residence or of the Principal Place of Business:**<br>San Diego | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**<br>725 North Quince St., Ste. 107<br>Escondido, CA<br>ZIP Code **92025** | **Mailing Address of Joint Debtor (if different from street address):**<br>ZIP Code |
| **Location of Principal Assets of Business Debtor**<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Shop Smart Escondido, Inc. a California Corporation |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shop Smart Escondido, Inc. a California Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ John L. Smaha 95855**
Signature of Attorney for Debtor(s)

**John L. Smaha 95855 (Bar No. 95855)**
Printed Name of Attorney for Debtor(s)

**Smaha Law Group**
Firm Name

**7860 Mission Center Ct. #100**
**San Diego, CA 92108**

_____
Address

              **Email: jsmaha@smaha.com**
**619-688-1557  Fax: 619-688-1558**
Telephone Number

**October 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joe C. Crowder**
Signature of Authorized Individual

**Joe C. Crowder**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 7, 2010**
Date

# SHOP SMART ESCONDIDO, INC.
## CONSENT TO ACTIONS
## BY DIRECTORS WITHOUT A MEETING

The undersigned directors of the Shop Smart Escondido, Inc. a California corporation ("Corporation") hereby consent to the adoption of the following resolutions, without a meeting, by unanimous consent of all directors of that corporation.

### CHAPTER 11 BANKRUPTCY

RESOLVED, that the directors of this Corporation have determined that it is in the best interests of the Corporation and its shareholders for the Corporation to file a petition for the reorganization of this corporation under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Southern District of California; and

RESOLVED FURTHER, that the president, or any vice president, of the Corporation, together with the secretary, or assistant secretary of the Corporation, be and they are hereby authorized and instructed, for and in the name of the Corporation, to execute and file such petition and or other documents deemed necessary or advisable in connection with such Chapter 11 petition; and

RESOLVED FURTHER, that the officers of this Corporation be and they hereby are authorized and instructed to execute all additional documents and take all additional actions deemed reasonable or necessary to carry out the above resolutions.

This action is taken under Section 307(b) of the California Corporations Code, and is to be filed in the corporate minute book with the minutes of the board meetings.

Dated: October 6, 2010

_Joe C. Crowder_
Joe C. Crowder, Director

1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  **Shop Smart Escondido, Inc. a California Corporation**   Case No.
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alliant Insurance Service<br>701 "B" Street, 6th Floor<br>San Diego, CA 92101-8156 | Alliant Insurance Service<br>701 "B" Street, 6th Floor<br>San Diego, CA 92101-8156 | Insurance Costs | | 9,491.00 |
| Andrew Kurz<br>120 Birmingham Drive, Ste. 200<br>Cardiff by the Sea, CA 92007-1753 | Andrew Kurz<br>120 Birmingham Drive, Ste. 200<br>Cardiff by the Sea, CA 92007-1753 | Legal Services | | 17,358.77 |
| C Samuel Blick<br>16915 Avenida De Acacias<br>P.O. Box 9477<br>Rancho Santa Fe, CA 92067 | C Samuel Blick<br>16915 Avenida De Acacias<br>P.O. Box 9477<br>Rancho Santa Fe, CA 92067 | Legal Services | Disputed | 30,260.00 |
| Dennis O'Dorisio<br>O'Dorisio & Wedell, LLP<br>1350 Executive Drive, Ste. 220<br>San Diego, CA 92121 | Dennis O'Dorisio<br>O'Dorisio & Wedell, LLP<br>1350 Executive Drive, Ste. 220<br>San Diego, CA 92121 | Legal Services Rendered | | 55,498.87 |
| Escondido Disposal<br>P.O. Box 5608<br>Buena Park, CA 90622-5608 | Escondido Disposal<br>P.O. Box 5608<br>Buena Park, CA 90622-5608 | Utilities | | 5,396.94 |
| Escondido Disposal<br>P.O. Box 5608<br>Buena Park, CA 90622-5608 | Escondido Disposal<br>P.O. Box 5608<br>Buena Park, CA 90622-5608 | Utilities | | 2,173.60 |
| Escondido Drive Inn, Ltd.<br>c/o Daniel H. Johnston<br>1751 West Citracado Parkway<br>Escondido, CA 92029 | Escondido Drive Inn, Ltd.<br>c/o Daniel H. Johnston<br>1751 West Citracado Parkway<br>Escondido, CA 92029 | Swap Meet Rent | | 667,449.97 |
| Home Depot<br>Dept. 32-2500774231<br>P.O. Box 6031<br>The Lakes, NV 88901-6031 | Home Depot<br>Dept. 32-2500774231<br>P.O. Box 6031<br>The Lakes, NV 88901-6031 | Building Supplies | | 5,983.76 |
| Kaiser Permanente<br>California Service Center<br>P.O. Box 23250<br>San Diego, CA 92193-3250 | Kaiser Permanente<br>California Service Center<br>P.O. Box 23250<br>San Diego, CA 92193-3250 | Medical Insurance | | 1,857.00 |
| Mission Janitorial Supplies<br>9292 Activity Road<br>San Diego, CA 92126-4425 | Mission Janitorial Supplies<br>9292 Activity Road<br>San Diego, CA 92126-4425 | Janitorial Supplies | | 4,521.27 |

B4 (Official Form 4) (12/07) - Cont.

In re **Shop Smart Escondido, Inc. a California Corporation**     Case No. _____
           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| North County Times c/o Lee Newspaper P.O. Box 742548 Cincinnati, OH 45274-2548 | North County Times c/o Lee Newspaper P.O. Box 742548 Cincinnati, OH 45274-2548 | Advertising | | 6,039.90 |
| Office Depot, Inc. P.O. Box 630813 Cincinnati, OH 45263-0813 | Office Depot, Inc. P.O. Box 630813 Cincinnati, OH 45263-0813 | Office Supplies | | 1,662.24 |
| Parkway Center, LLC c/o Bestar Property Management P.O. Box 16281 Phoenix, AZ 85011-6281 | Parkway Center, LLC c/o Bestar Property Management P.O. Box 16281 Phoenix, AZ 85011-6281 | Parking Lot Rent | | 22,000.00 |
| Parra Building Consultants, In 3127 Kalmia Street San Diego, CA 92104 | Parra Building Consultants, In 3127 Kalmia Street San Diego, CA 92104 | Safety & Building Inspection | | 5,000.00 |
| San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | Property Taxes Plus Penalties | | 2,254.53 |
| San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | Property Taxes Plus Penalties | | 12,368.22 |
| San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | Properties Taxes Plus Penalties | | 22,193.07 |
| Smart & Final P.O. Box 910948 Los Angeles, CA 90091-0948 | Smart & Final P.O. Box 910948 Los Angeles, CA 90091-0948 | Vendor Services | | 2,500.00 |
| Travelers CL Remittance Center Hartford, CT 06183-1008 | Travelers CL Remittance Center Hartford, CT 06183-1008 | Insurance | | 23,750.00 |
| Travelers CL Remittance Center Hartford, CT 06183-1008 | Travelers CL Remittance Center Hartford, CT 06183-1008 | Insurance | | 9,491.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **October 7, 2010**             Signature    **/s/ Joe C. Crowder**
                                                                        **Joe C. Crowder**
                                                                        **President**

       *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of California

In re **Shop Smart Escondido, Inc. a California Corporation**,
Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Kurtz Trust**<br>120 Birmingham Dr., Ste. 200<br>Cardiff by the Sea, CA 92007 | Common | 500,000 Shares | Stock |
| **Anhtu Nguyen**<br>3947 Corte Mar de Hierba<br>San Diego, CA 92130 | Common | 220,600 Shares | Stock |
| **Camquynh T. Nguyen**<br>13533 Sydney Way Place<br>San Diego, CA 92129 | Common | 220,600 Shares | Stock |
| **Daniel Kurz**<br>2240 Encinitas Blvd., #D-362<br>Encinitas, CA 92024 | Common | 450,000 Shares | Stock |
| **Joe C. Crowder**<br>725 North Quince, Ste. 107<br>Escondido, CA 92025 | Common | 5,400,000 Shares | Stock |
| **John McLean**<br>907 Crystal Mountain Drive<br>Austin, TX 78733 | Common | 300,000 Shares | Stock |
| **Rolland Othick**<br>812 Canyon Green Drive<br>Las Vegas, NV 89144 | Common | 500,000 Shares | Stock |
| **The Hurwitz Family Savings Tru**<br>c/o Dave Hurwitz<br>2037 Via Trueno<br>Alpine, CA 91901 | Common | 600,000 Shares Purchased 07/21/2009 | Stock |
| **The Hurwitz Family Savings Tru**<br>c/o Dave Hurwitz<br>2037 Via Trueno<br>Alpine, CA 91901 | Common | 600,000 Shares Purchased 10/20/09 | Stock |
| **Walter Kuhn**<br>300 Bridge Street<br>Bigfork, MT 59911 | Common | 750,000 Shares | Stock |

**0** continuation sheets attached to List of Equity Security Holders

In re    **Shop Smart Escondido, Inc. a California Corporation**            ,    Case No. _____
                                                     Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October  7, 2010**                    Signature  **/s/ Joe C. Crowder**
                                                           **Joe C. Crowder**
                                                           **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

A T & T
Customer Care Bus. Service
635 Grant St., 5th Floor
Pittsburgh, PA 15219


A T & T
P.O. Box 105068
Atlanta, GA 30348-5068


Airgas West
P.O. Box 6030
Lakewood, CA 90714-6030


Alliant Insurance Service
701 "B" Street, 6th Floor
San Diego, CA 92101-8156


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Andrew Kurz
120 Birmingham Drive, Ste. 200
Cardiff by the Sea, CA 92007-1753


AT & T Mobility
Customer Care
P.O. Box 246
Artesia, CA 90702-0246


Aurora Bank
27472 Portola Pkwy, Ste 205 #4
Foothill Ranch, CA 92610


C Samuel Blick
16915 Avenida De Acacias
P.O. Box 9477
Rancho Santa Fe, CA 92067

Dennis O'Dorisio
O'Dorisio & Wedell, LLP
1350 Executive Drive, Ste. 220
San Diego, CA 92121


Escondido Disposal
P.O. Box 5608
Buena Park, CA 90622-5608


Escondido Drive Inn, Ltd.
c/o Daniel H. Johnston
1751 West Citracado Parkway
Escondido, CA 92029


Escondido Drive Inn, Ltd.
c/o Mark Hagarty
600 West Broadway, #2600
San Diego, CA 92101


Escondido Drive Inn, Ltd.
c/o Daniel H. Johnson
1751 W. Citracado Parkway
Escondido, CA 92029


Home Depot
Dept. 32-2500774231
P.O. Box 6031
The Lakes, NV 88901-6031


Interstate Fire Protection
36140 Jana Lane
Wildomar, CA 92595


JJJ Enterprises
P.O. Box 463021
Escondido, CA 92046

Joe C. Crowder
725 N. Quince Street, Ste. 107
Escondido, CA 92025


Kaiser Permanente
California Service Center
P.O. Box 23250
San Diego, CA 92193-3250


Mission Janitorial Supplies
9292 Activity Road
San Diego, CA 92126-4425


Muncie Novelty
9610 Norht State Rd. 67
P.O. Box 823
Muncie, IN 47308-0823


North County Times
c/o Lee Newspaper
P.O. Box 742548
Cincinnati, OH 45274-2548


Office Depot, Inc.
P.O. Box 630813
Cincinnati, OH 45263-0813


Parkway Center, LLC
c/o Bestar Property Management
P.O. Box 16281
Phoenix, AZ 85011-6281


Parkway Center, LLC
c/o Vestar Property
P.O. Box 16281
Phoenix, AZ 85011-6218

Parra Building Consultants, In
3127 Kalmia Street
San Diego, CA 92104


Penny Saver
Harte-Hanks Shoppers, Inc.
P.O. Box 8900
Brea, CA 92822-8900


San Diego County Treasurer
P.O. Box 129009
San Diego, CA 92112


Smart & Final
P.O. Box 910948
Los Angeles, CA 90091-0948


Terminix
4633 Viewridge Ave.
San Diego, CA 92123


Torrey Pines Bank
9280 Clairemont Mesa Blvd.
San Diego, CA 92123


Travelers
CL Remittance Center
Hartford, CT 06183-1008


Union Tribune
P.O. Box 121546
San Diego, CA 92112-5546